**HOWARD LEADER**
ATTORNEY AT LAW
11 PARK PLACE
SUITE 1715
NEW YORK, NEW YORK 10007
TELEPHONE (646) 533-7696
FACSIMILE   (212) 545-7514
E-MAIL HOWARD.LEADER@GMAIL.COM

---

**VIA ECF, E-MAIL AND FACSIMILE**

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

November 25, 2015

United States v. Mauricio LOPEZ CARDONA
09 CR. 156 (PGG)

Dear Judge Gardephe:

As the Court will no doubt recall, along with Ruben Oliva, Esq., I am one of the attorneys representing Mr. Lopez in this matter. This letter is submitted to request a brief adjournment of the sentencing, currently scheduled for December 2, 2015. We are asking that it be rescheduled for the afternoon of December 8. Having spoken with Chambers earlier today, I understand that 2:30 p.m. that day would be convenient for the Court and the parties. The government consents.

The adjournment will enable us to complete our sentencing submissions sufficiently in advance of the new date so that the Court will have sufficient time to review the issues therein.

Again, we thank the Court for its kind consideration.

Respectfully submitted,

HOWARD LEADER

cc: Edward Y. Kim, Esq., Assistant United States Attorney
    Ruben Oliva, Esq.                                    (VIA E-MAIL)